IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GOLDIE J. LORCH,** *on behalf of herself and similarly situated employees*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **FIRST NATIONAL BANK OF PENNSYLVANIA, N.A.** *and* **F.N.B. CORPORATION,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) **2:13-cv-894** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CASE MANAGEMENT / SCHEDULING ORDER

AND NOW, this 16th day of April, 2014, upon consideration of the Parties' Joint Status Report and Proposed Order regarding the scheduling of discovery and dispositive motions in this matter, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Parties shall complete all fact discovery related to certification issues on or before August 15, 2014;

(2) The Parties shall complete all expert discovery related to certification issues on or before August 15, 2014;

(3) If Defendant wishes to file a motion to decertify the conditionally certified class, it must do so on or before September 15, 2014;

(4) Plaintiffs' response to Defendants' decertification motion, if any, shall be filed on or before November 15, 2014;

(5) Within 14 days of this Court's resolution of certification issues, the Parties shall confer for the purpose of establishing dates for:

    a. Fact and expert discovery as to the merits of Plaintiffs' class or collective claims;
    b. Fact and expert discovery on Plaintiff Lorch's individual claims; and
    c. Dispositive motions on the class or collective claims and/or Plaintiff Lorch's individual claims.

                                                                           BY THE COURT:

                                                                           s/Terrence F. McVerry
                                                                           United States District Judge

cc:     **Vincent J. Mersich, Esquire**
        Email: vincent.mersich@outlook.com
        **Brendan J. Donelon, Esquire**
        Email: brendan@donelonpc.com

        **John J. Myers, Esquire**
        Email: jmyers@eckertseamans.com
        **William S. Myers, Esquire**
        Email: wmyers@eckertseamans.com

        (via CM/ECF)